# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEX TEXTILES, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>HK WORLDWIDE, LLC, d/b/a HOT KISS, a New York Limited Liability Company; APOLLO APPAREL NY, LLC, a New York Limited Liability Company; ROSS STORES, INC., a Delaware Corporation; R&R GOLDMAN ASSOCIATES, INC., d/b/a DISCOVERY CLOTHING COMPANY, an Illinois Corporation; SPECIALTY RETAILERS, INC., a Texas Corporation; BEALL'S OUTLET STORES, INC., a Florida Corporation; and DOES 1-10 inclusive,.<br><br>            Defendants. | CV 18-6543-RSWL-AGR<br><br>**JUDGMENT** |

**WHEREAS,** on February 10, 2020, this Court **GRANTED** Defendants Apollo Apparel NY, LLC ("Apollo"); Ross Stores, Inc. ("Ross"); R&R Goldman Associates,

| | |
|---|---|
| 1 | Inc. d/b/a Discovery Clothing Company ("Discovery |
| 2 | Clothing"); Specialty Retailers, Inc. ("Specialty |
| 3 | Retailers"); Beall's Outlet Stores, Inc. ("Beall's"); |
| 4 | and Does 1 through 10 (collectively, "Defendants"), |
| 5 | Post-Discovery Motion for Summary Judgment ("Motion") |
| 6 | [95] against Plaintiff Romex Textiles, Inc. |
| 7 | ("Plaintiff"), |

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants and against Plaintiff in accordance with this Court's previous Order granting Defendants' Post-Discovery Motion for Summary Judgment.

As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: February 10, 2020           /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge